**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of __Nevada__
(State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

---

1. **Debtor's name**    __LAS VEGAS MONORAIL COMPANY, a Nevada non-profit corporation__

2. **All other names debtor used in the last 8 years**

    Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)    88-0471789

4. **Debtor's address**

    **Principal place of business**

    __3770 Howard Hughes Parkway__
    Number    Street

    __Suite 295__

    __Las Vegas, NV 89104__
    City                        State    ZIP Code

    __USA__
    County

    **Mailing address, if different from principal place of business**

    _____
    Number    Street

    _____
    P.O. Box

    _____
    City                        State    ZIP Code

    **Location of principal assets, if different from principal place of business**

    _____
    Number    Street

    _____
    City                        State    ZIP Code

5. **Debtor's website** (URL)    __www.lvmonorail.com__

---

Debtor   <u>Las Vegas Monorail Company, a Nevada non-profit corporation</u>    Case number *(if known)*_____
        Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☒ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | ___ ___ ___ ___ |

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☒ Chapter 11. *Check **all** that apply*: |
| | |    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |    ☐ A plan is being filed with this petition. |
| | |    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

Debtor    Las Vegas Monorail Company, a Nevada non-profit corporation    Case number (if known)_____
          Name

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ■ No |
|---|---|---|
| | If more than 2 cases, attach a separate list. | ☐ Yes.  District _____  When _____ MM/DD/YYYY  Case number _____ |
| | | District _____  When _____ MM/DD/YYYY  Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
|---|---|---|
| | List all cases. If more than 1, attach a separate list. | ☐ Yes.  Debtor _____  Relationship _____ |
| | | District _____  When _____ MM/DD/YYYY |
| | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____
_____    _____ _____
City                                  State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name     _____
       Phone            _____

---

**Statistical and administrative information**

Debtor  Las Vegas Monorail Company, a Nevada non-profit corporation              Case number (if known) _____
        Name

### 13. Debtor's estimation of available funds

Check one

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/07/2020
             MM / DD / YYYY

X _____          Curtis L Myles III
   Signature of authorized representative of debtor    Printed name

Title  President and CEO of Las Vegas Monorail Company

Debtor  Las Vegas Monorail Company, a Nevada non-profit corporation       Case number (if known)_____
        Name

18. **Signature of attorney**   X _____/s/_____   Date  09/07/2020
                                Signature of attorney for debtor           MM  /DD /YYYY

   Gerald M. Gordon
   Printed name

   Garman Turner Gordon LLP
   Firm name

   7251 Amigo Street, Suite 210
   Number    Street

   Las Vegas                                           NV        89119
   City                                                State     ZIP Code

   725-777-3000                                        ggordon@gtg.legal
   Contact phone                                       Email address

   229                                                 Nevada
   Bar number                                          State

# RESOLUTIONS
# OF
# THE BOARD OF DIRECTORS
# OF
# LAS VEGAS MONORAIL COMPANY,
### a Nevada nonprofit corporation

August 24, 2020

The undersigned, being all of the members of the Board of Directors ("Board") of Las Vegas Monorail Company, a Nevada nonprofit corporation (the "Company"), at a special meeting of the Board held on August 24, 2020 at the Company's corporate offices located at 3770 Howard Hughes Parkway, Suite 295, Las Vegas, Nevada, approved the adoption of the following resolutions as of the date hereof.

**WHEREAS**, the Company discontinued operation of the Las Vegas Monorail system ("System") on March 18, 2020, as a result of Covid-19 pandemic. Due to the effects of the pandemic on the tourism and convention industries in Las Vegas, Nevada, the Company has not been able to re-start operations of the System.

**WHEREAS**, because the Company has not been able to re-start operations, the Company has become insolvent and is unable to pay its creditors.

**WHEREAS**, the Las Vegas Convention and Visitors Authority ("LVCVA") has offered to purchase substantially all of the assets of the Company for a total of Twenty-Four Million One Hundred Sixteen Thousand Three Hundred Eighty-Seven Dollars ($24,116,387.00) (the "Transaction"), pursuant to that certain Asset Purchase and Sale Agreement ("PSA"), pursuant to which the Company will sell, convey and transfer substantially all of its assets (the "Transaction") to the LVCVA.

**WHEREAS**, in connection with the execution of the PSA, the LVCVA must make a non-refundable earnest money deposit (the "Deposit") with the Company in the amount of One Million Seven Hundred Ninety-One Thousand Three Hundred Thirty Dollars ($1,791,330.00).

**WHEREAS**, as a result of the Company's insolvency, the Board has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that, provided that the LVCVA enters into the PSA and makes the Deposit and further provided that the Company binds and pays for a minimum $10 million, one-year directors and officers insurance policy ("D&O Insurance"), a petition be filed by the Company, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**Chapter 11 Case**

**NOW, THEREFORE, BE IT RESOLVED**, that, after full execution of the PSA and the Company's receipt of the Deposit and provided that the Company has bound and paid for the D&O Insurance, the Company be, and hereby is, authorized and empowered to file a voluntary

petition for relief under Chapter 11 of the Bankruptcy Code (such voluntary petition, the "**Chapter 11 Case**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and

      **RESOLVED FURTHER**, that Curtis L. Myles, III, the President and Chief Executive Officer of the Company (the "Authorized Officer") is authorized, in the name and on behalf of the Company, appointed as the Company's authorized representative, and in such capacity, acting alone, with power of delegation, be, and hereby is, authorized and empowered to execute and file on behalf of the Company, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business.

**Retention of Professionals**

      **RESOLVED FURTHER**, that the Authorized Officer is authorized and directed to employ the law firm of GARMAN TURNER GORDON as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of GARMAN TURNER GORDON.

      **RESOLVED FURTHER** that the Authorized Officer is authorized and directed to employ the firm of ALVAREZ & MARSAL to provide the Company with a Financial Advisor, which firm shall be led by Matthew Kvarda, along with additional personnel, to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of ALVAREZ & MARSAL.

      **RESOLVED FURTHER** that the Authorized Officer is authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officer, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

**General**

      **RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officer, the Authorized Officer (and his designees and delegates) is authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED FURTHER**, that all members of the Board of the Company have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice.

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Board.

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

[*SIGNATURE PAGE FOLLOWS*]

## CERTIFICATE OF SECRETARY

I, the undersigned, do hereby certify as follows:

    1.    That I am the duly elected secretary of the Las Vegas Monorail Company, a Nevada nonprofit corporation; and

    2.    That the foregoing Resolutions of the Board of Directors of the Las Vegas Monorail Company, comprising 3 pages, were duly and unanimously adopted by action of the Board of Directors of the Company duly taken August 24, 2020.

    IN WITNESS WHEREOF, I have hereunto subscribed my name this 24th day of August, 2020.

*[signature]*
KRIS T. BALLARD, Secretary

4

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

District Of   Nevada

**In re Las Vegas Monorail Company, a Nevada non-profit corporation**    Case No. _____

**Debtor**    Chapter **11**_____

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 425,000.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ 425,000.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  0.00

2. The source of the compensation paid to me was:

    ☒ Debtor    ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☒ Debtor    ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.    [Other provisions as needed]

        Representation in Chapter 11 case, including first day motions, motion to approve sale procedures and sale motion, etc.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/7/20
*Date*

/s/ Gerald M. Gordon
*Signature of Attorney*

Garman Turner Gordon LLP
*Name of law firm*

---

Fill in this information to identify the case and this filing:

Debtor Name  Las Vegas Monorail Company, a Nevada non-profit corporation

United States Bankruptcy Court for the _____ District of Nevada
(State)

Case number (if known): _____

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

- ☐ Schedule A/B Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/04/2020
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Curtis L. Myles III
Printed name

President and CEO of Las Vegas Monorail Company
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name  Las Vegas Monorail Company, a Nevada non-profit corporation

United States Bankruptcy Court for the: _____ District of Nevada
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express, Box 0001, Los Angeles, CA, 90096-8000 | American Express 1-800-528-2122 | Trade | | | | $36,4572.78 |
| 2 | Inossman North America Corp. (Canada Alloy) 529 Manitou Drive, Kitchener Ontario, N2C 1S2, Canada | Inossman North America Corp. Teresa Chau teresachau@cac.ca (519)8951161 Ext. 237 | Trade | | | | $211,664.00 |
| 3 | Gensler, 3883 Howard Hughes Parkway, Suite 650, Las Vegas, NV, 89169 | Gensler, 310-449-5600 | Professional Services | | | | $150,697.26 |
| 4 | Security Life of Denver Insurance, 8408 Innovation Way, Chicago, IL, 60682 | Security Life of Denver Insurance (877) 253-5050 | Employment Benefits | | | | $140,000.00 |
| 5 | NV Energy, PO Box 30086, Reno, NV 89520 | NV Energy, 702-367-5335 | Trade | | | | |
| 6 | BP Graphics, Inc., 3940 W. Montecito Avenue, Phoenix, AZ, 85019 | BP Graphics, Inc., 602-272-7907 | Professional Services | | | | $89,900.32 |
| 7 | Mersen, 225 Harwood Boulevard, Vaudreuil-Dorion, Quebec, Canada | Mersen, 450-455-5728 | Trade | | | | $74,338.60 |
| 8 | Kone Inc., PO Box 894156, Los Angeles, CA | Kone, 702-269-0919 | Trade | | | | $60,490.34 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor: Las Vegas Monorail Company, a Nevada non-profit corporation

Case number (*if known*): _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Powertech Converts Corp., 300 International Drive North, Suite #2, Mount Olive, NJ, 07828 | Powertech Converts Corp., 973-598-0806 | Trade | | | | $59,539.41 |
| 10 | Knorr Brake Company, 1 Arthur Peck Drive, Westminster, MD, 21157 | Knorr Brake Company, 410-875-0900 | Trade | | | | $59,143.17 |
| 11 | Thales Transport & Security Inc., 5500 Corporate Dr. #500, Pittsburgh, PA, 15237 | Thales Transport & Security Inc., 412-366-8814 | Trade | | | | $54,600.94 |
| 12 | Armstrong Teasdale, 3770 Howard Hughes Parkway, Suite 200, Las Vegas, NV 89169 | Armstrong Teasdale, Kevin Stolworthy, kstolworthy@armstrongteasdale.com, 702-415-2952 | Professional Services | | | | $47,623.36 |
| 13 | Projetech, Inc., 3815 Harrison Avenue, Cincinnati, OH 45211 | Projetech, Inc., 513-661-8500, support@projetech.com; | Trade | | | | $44,490.80 |
| 14 | Sullivan Commercial Painting, Inc., 1089 Commonwealth Avenue, Suite 196, Boston, MA, 02215 | Sullivan Commercial Painting, Inc., derek@sullivanpaintininc.com; 855-724-6805 | Trade | | | | $42,874.50 |
| 15 | Cashman Equipment, PO Box 843397, Los Angeles, CA, 90084-3397 | Cashman Equipment, 800-937-2326 | Trade | | | | $30,668.24 |
| 16 | Clark County Dept. of Business, 500 S. Grand Central Pkwy, PO Box 551810, Las Vegas, NV 89155 | Clark County Dept. of Business, 702-455-2258 | Government (Business) License | | | | $30,309.00 |
| 17 | Accordia Life and Annuity Company, PO Box 71223, Charlotte, NC 28272 | Accordia Life and Annuity Company 1-877-462-8992 | Employment Benefits | | | | $30,000.00 |
| 18 | DLP Services, LLC, 5113 Alpine Place, Las Vegas, NV 89107 | DLP Services, LLC, 702-878-8020 | Professional Services | | | | $27,687.92 |
| 19 | AFCO, PO Box 360572, Pittsburgh, PA 15250 | AFCO, 800-288-6901 | Trade | | | | $25,462.08 |
| 20 | Pharris Media Inc., 200 S. Wilcox Street, Suite 201, Castle Rock, CO, 80104 | Pharris Media Inc., 702-491-7464, patrick@pharrismedia.com; | Professional Services | | | | $24,000.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

## United States Bankruptcy Court
### District of Nevada

In re  Las Vegas Monorail Company, a Nevada non-profit corporation    Case No.
                                                                    Debtor(s)    Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the  President and Chief Executive Officer  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  September 7, 2020    /s/  _(signature)_
                                                             Curtis L. Myles, III, President and CEO of Las Vegas Monorail Company
                                                             Signer Title

**Creditor Matrix**

| | | |
|---|---|---|
| Kris Ballard<br>Ballard Rawson Jorgensen<br>10181 Park Run Drive, Suite 110<br>Las Vegas, NV 89145 | Curtis Myles<br>President/CEO, Las Vegas Monorail<br>3770 Howard Hughes Pkwy, Suite 295<br>Las Vegas, NV 89169 | Sim Salzman<br>CFO, Las Vegas Monorail<br>3770 Howard Hughes Pkwy, Suite 295<br>Las Vegas, NV 89169 |
| Charlie Visconsi<br>John Dinan<br>Preston Hollow Capital<br>1717 Main Street, Suite 3900<br>Dallas, TX 75201 | Lauren Racanelli<br>Regional Counsel<br>Gensler<br>500 South Figueroa Street<br>Los Angeles, CA 90071 | Shazia Flores<br>Vice President, UMB Bank, N.A.<br>5555 San Felipe, Suite 870<br>Houston, TX 77056 |
| Public Finance Authority<br>22 E. Mifflin Street, Suite 900<br>Madison, WI 53703 | Ryan Works<br>McDonald Carano<br>2300 W Sahara Ave #1200<br>Las Vegas, NV 89102 | Robert Manzo<br>7 Knoll Lane<br>Key Largo, Florida 33037 |
| Michel Benitez<br>Assistant General Counsel<br>Preston Hollow Capital<br>1717 Main Street, Suite 3900<br>Dallas, Texas 75201 | Caroline Bateman<br>General Counsel<br>Las Vegas Convention and Visitors Authority<br>3150 Paradise Road<br>Las Vegas NV 89109 | Las Vegas Convention and Visitors Authority<br>ATTN: Steven Hill<br>3150 Paradise Road<br>Las Vegas NV 89109 |
| Jennifer Hsiao-Wei Tsai<br>JT Law Group<br>1810 E. Sahara Avenue, Suite 116<br>Las Vegas, Nevada 89104 | William L. Buus<br>Lana J. Feldman<br>SCHIFFER & BUUS APC<br>959 South Coast Drive, Suite 385<br>Costa Mesa, California 92626 | Martin I Melendrez<br>Britannica D. Collins<br>Hawkins Melendrez, P.C.<br>9555 Hillwood Drive, Suite 150<br>Las Vegas, NV 89134 |
| ABM Building Services<br>6480 Cameron Suite 303<br>Las Vegas, NV 89118 | Allstar Vending Enterprises, LLC<br>3940 E Craig Rd, Suite 101<br>North Las Vegas, NV 89030 | Armstrong Teasdale LLP<br>3770 Howard Hughes Pkwy, Suite 200<br>Las Vegas, NV 89169 |
| Brinks U.S.<br>3000 E. Charleston Blvd.<br>Las Vegas, NV 89109 | Cardtronics USA, Inc.<br>3260 Briarpark Drive<br>Suite 400<br>Houston, TX 77042 | Cardtronics USA, Inc.<br>9115 SW Oleson Rd, Suite 206<br>Portland, OR 97223<br>ATTN: Jeremy Inman, SVP Indirect Business Channel |
| Cox Business<br>1700 Vegas Drive<br>Las Vegas, NV 89106 | Gateway Fire & Security, LLC<br>998 Leadville Meadows Dr.<br>Henderson, NV 89052 | Gensler<br>3883 Howard Hughes Parkway<br>Suite 650<br>Las Vegas NV 89169 |
| Knorr Brake Company<br>1 Arthur Peck Drive<br>Westminster, MD 21157 | KONE Inc.<br>1660 Helm Dr.<br>Las Vegas, NV 89119 | Andre Perchthaler<br>Global Alliances Manager – Smart Mobility & Retail<br>NXP Semiconductors<br>Mikron-Weg 1<br>8101 Gratkorn, Austria |
| Mercury Payment Systems, LLC<br>150 Mercury Village Drive<br>Durango, CO 81301 | Millennium Digital Technologies, LLC.<br>PO Box 153<br>Flat Rock, MI 48134 | BRE/HC Las Vegas Property Holdings, L.L.C.<br>3800 Howard Hughes Parkway<br>Suite 150<br>Las Vegas, NV 89169 |

## Creditor Matrix

| | | |
|---|---|---|
| BRE/HC Las Vegas Property Holdings, L.L.C.<br>c/o Equity Office<br>Two North Riverside Plaza<br>Suite 2100<br>Chicago, IL 60606 | OTN Systems N.V.<br>Industrielaan 17 b<br>2250 OLEN<br>Belgium | Pharris Media, Inc.<br>200 South Wilcox Street<br>Suite 201<br>Castle Rock, Colorado 80104<br>Attn: Patrick A. Pharris, President/CEO |
| KB-Powertech Corp. USA<br>US Headquarters<br>300 International Drive<br>Suite 2<br>Mt. Olive, NJ 07828 | Projetech Inc.<br>3815 Harrison Avenue<br>Cincinnati, Ohio 45211 | Sojern, Inc<br>18135 Burke St. 3rd Floor<br>Omaha, NE 68022 |
| Trigger Creative Services<br>1545 Porterfield Lane<br>Las Vegas, NV 89183<br>Attn: Tristan Diehl, Owner | TrustCommerce<br>1 MacArthur Place, Suite 400<br>Santa Ana, CA 92707-5927 | Verizon Wireless<br>Legal & External Affairs Dept.<br>One Verizon Way, VC52S401<br>Basking Ridge, NJ 07920-1097 |
| Xerox Financial Services LLC<br>45 Glover Avenue<br>Norwalk, CT 06856 | WorldPay<br>Attention: General Counsel<br>MD 10907E, 38 Fountain Square Plaza<br>Cincinnati, Ohio 45263 | U.S. Small Business Administration<br>Office of Disaster Assistance<br>14925 Kingsport Rd.<br>Fort Worth, TX. 76155 |
| Mercury Pay<br>10 Burnett Court, Suite 300<br>Durango, CO 81301 | Mercury Payment Systems, LLC<br>150 Mercury Village Drive<br>Durango, CO 81301 | United States Trustee<br>300 Las Vegas Blvd. South #4300 Las Vegas,<br>NV 89101 |
| Dept. of Employment<br>Training & Rehab Employment Security<br>Division<br>500 East Third Street<br>Carson City, NV 89713 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Nevada Department of Taxation<br>Bankruptcy Section<br>555 E. Washington Ave., #1300<br>Las Vegas, NV 89101 |
| Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy Box 551220<br>Las Vegas, NV 89155-1220 | Clark County Assessor<br>c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy Box 551401<br>Las Vegas, NV 89155-1401 | United States Attorney's Office<br>ATTN: Civil Process Clerk<br>501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, NV 89101 |
| Social Security Administration<br>Office of the Regional Chief Counsel<br>Region IX<br>160 Spear Street, Suite 800<br>San Francisco, CA 94105-1545 | Office of the United States Trustee<br>300 Las Vegas Blvd., Rm. 4300<br>Las Vegas, NV 89101 | Alvarez & Marsal<br>Attn: Matthew E. Kvarda, Esq.<br>2029 Century Park East, Suite 2060<br>Los Angeles, CA 90067 |
| Wells Fargo Securities, LLC<br>100 W. Washington<br>Phoenix, AZ 85003 | General Counsel<br>Venetian Casino Resort, LLC<br>3355 Las Vegas Blvd. South<br>Las Vegas, NV 89109 | Wells Fargo Bank, NA<br>Attn: Managing Member<br>3800 Howard Hughes Parkway, Ste. 400<br>Las Vegas, NV 89169 |
| MGM Grand, Inc.<br>Legal Department<br>Attn: Thomas Peterman, Esq.<br>3799 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | MGM Grand, Inc.<br>Legal Department<br>3600 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | MGM Grand Hotel, Inc.<br>c/o MGM Grand, Inc.<br>3799 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 |

**Creditor Matrix**

| | | |
|---|---|---|
| Bally's Las Vegas<br>Attn: Chief Financial Officer<br>3645 Las Vegas Blvd. So.<br>Las Vegas, NV 89109 | Caesars Entertainment<br>Attn: Legal Department (Bally's)<br>One Caesars Palace Drive<br>Las Vegas, NV 89109 | Caesars Entertainment<br>Attn: Legal Department (Flamingo)<br>One Caesars Palace Drive<br>Las Vegas, NV 89109 |
| NV Energy<br>Attn: Land Development<br>6226 W. Sahara Ave.<br>Mailstop 9<br>Las Vegas, NV 89151-0001 | Caesars Entertainment<br>Attn: Legal Department (Harrah's)<br>One Caesars Palace Drive<br>Las Vegas, NV 89109 | Caesars Entertainment<br>Attn: Legal Department (Linq)<br>One Caesars Palace Drive<br>Las Vegas, NV 89109 |
| Westgate Hotel and Casino Resort<br>Attn: Chief Financial Officer<br>3000 Paradise Rd.<br>Las Vegas, NV 89109 | Gordon Gaming Corporation<br>Sahara Hotel & Casino<br>Attn: General Counsel<br>2535 Las Vegas Blvd. South<br>Las Vegas, NV 89109 | State of Nevada DMV<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711 |
| Director of the State of Nevada<br>Dept. of Business and Industry<br>901 South Stewart Street, Ste. 1003<br>Carson City, NV 89701-5491 | Director of the State of Nevada<br>Dept. of Business and Industry<br>555 E. Washington Ave., Ste. 4900<br>Las Vegas, NV 89101 | Director of the State of Nevada<br>Dept. of Business and Industry<br>Attn: Chief of Business Finance/Planning<br>1665 Hot Springs Rd.<br>Carson City, NV 89710 |
| Clark County<br>Clark County Manager's Office<br>500 S. Grand Central Parkway<br>P.O. Box 551712<br>Las Vegas, NV 89155-1712 | Nevada Secretary of State<br>202 N. Carson St.<br>Carson City, NV 89701-4201 | State of Nevada OSHA<br>Attn: Managing Member<br>1301 N. Green Valley Pkwy, #200<br>Henderson, NV 89074 |
| Office of the Governor<br>State Capitol<br>101 N. Carson Street<br>Carson City, NV 89701 | Nevada Attorney General<br>Aaron Ford, Attorney General<br>Office of the Attorney General<br>100 North Carson Street<br>Carson City, NV 89701-4717 | AT&T<br>Attn: Bankruptcy Dept.<br>5407 Andrews Highway<br>Midland, TX 79706 |
| Stripe Services<br>510 Townsend Street<br>San Francisco, CA 94103 | DCH Exchange, LLC<br>One Caesars Palace Drive<br>Las Vegas, NV 89109 | Nitz, Walton & Heaton Ltd.<br>601 S 10th St Unit 201<br>Las Vegas, NV 89101<br>Attn: W. Owen Nitz, Esq |
| Las Vegas Valley Water District<br>1001 S Valley View Blvd<br>Las Vegas, NV 89153 | Eastside Convention Center, LLC<br>2215-B Renaissance Dr.<br>Las Vegas, NV, 89119 | Southwest Gas Corporation<br>6355 Shatz Street<br>Las Vegas, NV 89115 |
| Donald "Pat" Shalmy<br>3770 Howard Hughes Pkwy, Suite 295<br>Las Vegas, NV 89169 | Bruce Woodbury<br>3770 Howard Hughes Pkwy, Suite 295<br>Las Vegas, NV 89169 | Virginia Valentine<br>3770 Howard Hughes Pkwy, Suite 295<br>Las Vegas, NV 89169 |
| Mark Russell<br>3770 Howard Hughes Pkwy, Suite 295<br>Las Vegas, NV 89169 | Mike Solow<br>3770 Howard Hughes Pkwy, Suite 295<br>Las Vegas, NV 89169 | Daniel Walsh<br>3770 Howard Hughes Pkwy, Suite 295<br>Las Vegas, NV 89169 |

## Creditor Matrix

| | | |
|---|---|---|
| Barrick J. Neill<br>Vice President of Operations<br>Las Vegas Monorail<br>3770 Howard Hughes Pkwy, Suite 295<br>Las Vegas, NV 89169 | Pete McCann<br>Senior Vice President/COO<br>Las Vegas Monorail<br>3770 Howard Hughes Pkwy, Suite 295<br>Las Vegas, NV 89169 | Ingrid Reisman<br>3770 Howard Hughes Pkwy, Suite 295<br>Las Vegas, NV 89169 |
| Blakeley Griffith<br>Robert Kinas<br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169 | Director of Administrative Services<br>Clark County Manager's Office<br>500 S. Grand Central Pkwy<br>P.O. Box 51712<br>Las Vegas, NV 89155-1712 | American Home Assurance Company<br>175 Water Street<br>New York, NY 10038 |
| Magna Carta Insurance, Ltd.<br>Windsor Place, 22 Queen Street<br>Hamilton HM 12, Bermuda | North American Capacity Insurance Company<br>1200 Main Street, Suite 800<br>Kansas City, MO 64105 | Willis Insurance Services of California, Inc.<br>801 S Figueroa St, Ste 700<br>Los Angeles, CA 90017 |
| Willis Insurance Services of California, Inc.<br>P.O. Box 101162<br>Pasadena, CA 91189-1162 | Gordon Gaming Corporation<br>Sahara Hotel Maintenance Facility<br>2535 Las Vegas Blvd. South<br>Las Vegas, NV 89109 | Las Vegas Convention and Visitors Authority<br>ATTN: Ed Finger<br>3150 Paradise Road<br>Las Vegas NV 89109 |