GARMAN TURNER GORDON LLP
GERALD M. GORDON
Nevada Bar No. 229
E-mail: ggordon@gtg.legal
MARK M. WEISENMILLER
Nevada Bar No. 12128
E-mail: mweisenmiller@gtg.legal
JONATHAN A. RICH
Nevada Bar No. 15312
E-mail: jrich@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*[Proposed] Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>LAS VEGAS MONORAIL COMPANY, a Nevada non-profit company<br><br>Debtor. | Case No.: BK-S-20-14451<br>Chapter 11 |

**AMENDMENT COVER SHEET**

**The following items have been amended in the above-named bankruptcy proceeding (check all applicable boxes).**

☐ Voluntary Petition (specify reason for amendment)_____
☐ Summary of Schedules
☐ Schedule A – Real Property
☐ Schedule B – Personal Property
☐ Schedule C – Property Claimed as Exempt
☐ Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders
  ☐ Add/delete creditor(s), change amount or classification of debt - **$33.00 fee required**.
  ☐ Add/change address of already listed creditor – **no fee**
☐ Schedule G – Schedule of Executory Contracts & Expired Leases
☐ Schedule H – Codebtors
☐ Schedule I – Current Income of Individual Debtor(s)
☐ Schedule J – Current Expenditures of Individual Debtor(s)
☐ Declaration Regarding Schedules
☐ Statement of Financial Affairs and/or Declaration
☐ Chapter 7 Individual Debtor's Statement of Intention
☐ Disclosure of Compensation of Attorney for Debtor
☐ Statement of Current Monthly Income and Means Test Calculation (Form 22A, 22B, or 22C)
☐ Certificate of Credit Counseling
☒ Other: *Amended Chapter 11: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*

1 DATED this 7th day of September, 2020.

GARMAN TURNER GORDON LLP

By: */s/ Mark M. Weisenmiller*
    GERALD M. GORDON
    MARK M. WEISENMILLER
    JONATHAN A. RICH
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    Telephone (725) 777-3000
    Facsimile (725) 777-3112
    *[Proposed] Attorneys for Debtor*

| Fill in this information to identify the case: |
|---|
| Debtor name   Las Vegas Monorail Company, a Nevada non-profit corporation |
| United States Bankruptcy Court for the: _____ District of Nevada (State) |
| Case number (If known):   20-14451 |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express, Box 0001, Los Angeles, CA, 90096-8000 | American Express 1-800-528-2122 | Trade | | | | $364,572.78 |
| 2 | Inossman North America Corp. (Canada Alloy) 529 Manitou Drive, Kitchener Ontario, N2C 1S2, Canada | Inossman North America Corp. Teresa Chau teresachau@cac.ca (519)8951161 Ext. 237 | Trade | | | | $211,664.00 |
| 3 | Gensler, 3883 Howard Hughes Parkway, Suite 650, Las Vegas, NV, 89169 | Gensler, 310-449-5600 | Professional Services | | | | $150,697.26 |
| 4 | Security Life of Denver Insurance, 8408 Innovation Way, Chicago, IL, 60682 | Security Life of Denver Insurance (877) 253-5050 | Employment Benefits | | | | $140,000.00 |
| 5 | NV Energy, PO Box 30086, Reno, NV 89520 | NV Energy, 702-367-5335 | Trade | | | | $132,965.00 |
| 6 | BP Graphics, Inc., 3940 W. Montecito Avenue, Phoenix, AZ, 85019 | BP Graphics, Inc., 602-272-7907 | Professional Services | | | | $89,900.32 |
| 7 | Mersen, 225 Harwood Boulevard, Vaudreuil-Dorion, Quebec, Canada | Mersen, 450-455-5728 | Trade | | | | $74,338.60 |
| 8 | Kone Inc., PO Box 894156, Los Angeles, CA | Kone, 702-269-0919 | Trade | | | | $60,490.34 |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 1

Debtor   Las Vegas Monorail Company, a Nevada non-profit corporation
         _____
         Name

Case number (*if known*)  20-14451
                         _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Powertech Converts Corp., 300 International Drive North, Suite #2, Mount Olive, NJ, 07828 | Powertech Converts Corp., 973-598-0806 | Trade | | | | $59,539.41 |
| 10 | Knorr Brake Company, 1 Arthur Peck Drive, Westminster, MD, 21157 | Knorr Brake Company, 410-875-0900 | Trade | | | | $59,143.17 |
| 11 | Thales Transport & Security Inc., 5500 Corporate Dr. #500, Pittsburgh, PA, 15237 | Thales Transport & Security Inc., 412-366-8814 | Trade | | | | $54,600.94 |
| 12 | Armstrong Teasdale, 3770 Howard Hughes Parkway, Suite 200, Las Vegas, NV 89169 | Armstrong Teasdale, Kevin Stolworthy, kstolworthy@armstrongteasdale.com, 702-415-2952 | Professional Services | | | | $47,623.36 |
| 13 | Projetech, Inc., 3815 Harrison Avenue, Cincinnati, OH 45211 | Projetech, Inc., 513-661-8500, support@projetech.com; | Trade | | | | $44,490.80 |
| 14 | Sullivan Commercial Painting, Inc., 1089 Commonwealth Avenue, Suite 196, Boston, MA, 02215 | Sullivan Commercial Painting, Inc., derek@sullivanpaintininc.com; 855-724-6805 | Trade | | | | $42,874.50 |
| 15 | Cashman Equipment, PO Box 843397, Los Angeles, CA, 90084-3397 | Cashman Equipment, 800-937-2326 | Trade | | | | $30,668.24 |
| 16 | Clark County Dept. of Business, 500 S. Grand Central Pkwy, PO Box 551810, Las Vegas, NV 89155 | Clark County Dept. of Business, 702-455-2258 | Government (Business) License | | | | $30,309.00 |
| 17 | Accordia Life and Annuity Company, PO Box 71223, Charlotte, NC 28272 | Accordia Life and Annuity Company 1-877-462-8992 | Employment Benefits | | | | $30,000.00 |
| 18 | DLP Services, LLC, 5113 Alpine Place, Las Vegas, NV 89107 | DLP Services, LLC, 702-878-8020 | Professional Services | | | | $27,687.92 |
| 19 | AFCO, PO Box 360572, Pittsburgh, PA 15250 | AFCO, 800-288-6901 | Trade | | | | $25,462.08 |
| 20 | Pharris Media Inc., 200 S. Wilcox Street, Suite 201, Castle Rock, CO, 80104 | Pharris Media Inc., 702-491-7464, patrick@pharrismedia.com; | Professional Services | | | | $24,000.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**Fill in this information to identify the case and this filing:**

Debtor Name: Las Vegas Monorail Company, a Nevada non-profit corporation

United States Bankruptcy Court for the: _____ District of Nevada (State)

Case number (*If known*): 20-14451

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Amended Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/07/2020
MM / DD / YYYY

✖ _/s/ Curtis L. Myles, III_____
Signature of individual signing on behalf of debtor

Curtis L. Myles, III
Printed name

President and CEO of Las Vegas Monorail Company
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**